No. 330. SHAFFER, TRUSTEE, *v.* UNITED STATES. Court of Claims. Certiorari denied. *Thurman Arnold* and *Norman Diamond* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Samuel D. Slade* for the United States.

No. 331. HOHENSEE *v.* MANCHESTER. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 332. BROWNELL, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN, *v.* BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSOCIATION. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Solicitor General Sobeloff* for petitioner. *Samuel B. Stewart, Jr., Christopher M. Jenks* and *E. F. Colladay* for respondent.

No. 285. CHESSMAN *v.* CALIFORNIA ET AL. Supreme Court of California. Petition for writ of certiorari denied without prejudice to an application for a writ of habeas corpus in an appropriate United States District Court. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *Jerome A. Duffy* for petitioner. *Edmund G. Brown,* Attorney General of California, *Clarence A. Linn,* Chief Assistant Attorney General, and *Arlo E. Smith,* Deputy Attorney General, for respondents.